UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MASSENGALE,<br><br>          Plaintiff,<br><br>   v.<br><br>KERN COUNTY MUNICIPALITY,<br><br>          Defendant. | Case No.  1:24-cv-00065-JLT-CDB<br><br>ORDER DIRECTING PLAINTIFF TO FILE A NOTICE OF RELATED CASES OR SHOW CAUSE WHY THE CASES SHOULD NOT BE RELATED<br><br>**<u>14-DAY DEADLINE</u>** |
| KEVIN MASSENGALE,<br><br>          Plaintiff,<br><br>   v.<br><br>KENNETH R. GREEN, JR., *et al.*,<br><br>          Defendants. | Case No.  1:24-cv-00066-JLT-CDB<br><br>ORDER DIRECTING PLAINTIFF TO FILE A NOTICE OF RELATED CASES OR SHOW CAUSE WHY THE CASES SHOULD NOT BE RELATED<br><br>**<u>14-DAY DEADLINE</u>** |

     Based on the Court's preliminary examination of the above-titled actions, the Undersigned concludes they may be related under this Court's Local Rule 123(a) to the following action pending before Magistrate Judge Sheila K. Oberto: *Massengale v. Kern County Sheriff Detentional Facility*, No. 24-cv-00010-SKO.  The actions have a common plaintiff (Kevin Massengale) and appear to raise claims against the same or related defendants (Kern County Municipality and Kern County Sheriff

Detentional Facility).  Further, the actions are based on the same or similar claims, the same transactions or events, similar questions of fact, and the same questions of law.  *See* E.D. Cal. L. R. 123(a).  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.[1]

Subsection (b) of Local Rule 123, titled "Duties of Counsel," provides that "[c]ounsel who has reason to believe that an action on file or about to be filed may be related to another action on file (whether or not dismissed or otherwise terminated) shall promptly file in each action and serve on all parties in each action a Notice of Related Cases."  E.D. Cal. L.R. 123(b).[2]  Plaintiff did not file a "Notice of Related Cases" in either action.

Plaintiff is ORDERED TO SHOW CAUSE, if any, why this action should not be related to *Massengale v. Kern County Sheriff Detentional Facility*, No. 24-cv-00010-SKO.  Alternatively, Plaintiff shall file a "Notice of Related Cases" as required by Local Rule 123(b).

Accordingly, it is HEREBY ORDERED that:

1. By <u>no later than 14 days</u> of service of this Order, Plaintiff shall either:

   a. file a written response to this Order showing cause why these actions should not be related to *Massengale v. Kern County Sheriff Detentional Facility*, No. 24-cv-00010-SKO; or

   b. file a "Notice of Related Cases" in all actions.

**Failure to timely comply with this Order will result in the imposition of sanctions up to and including financial sanctions and dismissal of the action**.

IT IS SO ORDERED.

Dated:  **January 17, 2024**                              _____
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Relation of actions under Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases.

[2] "Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure, [the local rules of the Eastern District], and all other applicable law.  All obligations placed on 'counsel' by these Rules apply to individuals appearing in propria persona."

2